IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE JEFFREY D. BROTHERS | : | CIVIL ACTION |
| | : | |
| | : | No. 19-3310 |

### **ORDER**

AND NOW, this 10th day of March, 2020, upon consideration of Appellant James Madigan's appeal from the Bankruptcy Court's July 17, 2019, order, and the briefing thereon, and for the reasons stated in the accompanying Memorandum, it is ORDERED the July 17, 2019, bankruptcy order is VACATED insofar as it directed Madigan to pay Brothers $424.55 toward late fees for property taxes and utilities. The balance of Madigan's appeal is DENIED as moot in light of the underlying bankruptcy action's dismissal.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.